UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

William K. Avery,

Plaintiff,

Civil No. 00-2171 (RHK/SRN)

vs.

**ORDER**

Hennepin County,

Defendant.

---

Defendant Hennepin County's Motion to Dismiss or For Summary Judgment is referred to Magistrate Judge Susan R. Nelson for a Report and Recommendation. The November 30 hearing with respect to said Motion is canceled and Judge Nelson will advise the parties of a new hearing date.

Dated: November 28, 2000

RICHARD H. KYLE
United States District Judge

FILED NOV 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK