UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

William K. Avery,

Plaintiff,

Civil No. 00-2171 (RHK/SRN)

vs.

**ORDER**

Hennepin County,

Defendant.

---

Before the Court are Plaintiff's Objections to the April 9, 2001 Report and Recommendation (R&R) of Magistrate Judge Susan R. Nelson, in which she recommends that Plaintiff's Complaint be dismissed with prejudice.

The Court has conducted the required de novo review of the objected to portions of the R&R, and is satisfied that Judge Nelson's determination of the "merits" is correct and it will be affirmed.

In his Objections, Plaintiff requests, in the alternative, that he be allowed to amend his Complaint or that the dismissal be without prejudice. It is unclear whether this issue was presented to Judge Nelson. Out of an abundance of caution, the matter will be remanded to Judge Nelson for the limited purpose of receiving a recommended disposition of Plaintiff's alternative request.

MAY 04 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Upon all the files, records and proceedings herein, **IT IS ORDERED** that, except as noted below:

1. The Objections (Doc. No. 15) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 14) is **ADOPTED**;

3. The matter is **REMANDED** to Judge Nelson for the limited purpose of making a recommendation with respect to Plaintiff's request that he be allowed to file an amended Complaint or that the dismissal of the Complaint be "without prejudice."

Dated: May 4, 2001

RICHARD H. KYLE
United States District Judge