**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**William K. Avery,** **Civil No. 00-2171 (RHK/SRN)**

**Plaintiff,**

**v.** **ORDER**

**Hennepin County.**

**Defendant.**

---

John B. Waldron, Esq. on behalf of Plaintiff William K. Avery.

Toni Beitz, Esq. on behalf of Defendant Hennepin County.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

This matter was initially before the Court on Defendant's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6). (Doc. No. 2.) On April 9, 2001, this Court recommended that Plaintiff's Complaint be dismissed with prejudice. (Doc. No. 14.) After reviewing the objections to the Report and Recommendation, United States District Judge Richard H. Kyle, by Order dated May 4, 2001, remanded the case to the undersigned "for the limited purpose of making a recommendation with respect to Plaintiff's request that he be allowed to file an amended Complaint or that the dismissal of the Complaint be 'without prejudice.'" (Doc. No. 19.)

The parties submitted supplemental briefing on the remanded issue and appeared for a hearing before the undersigned United States Magistrate Judge on June 5, 2001. Plaintiff did not submit a Proposed Amended Complaint at that time. In order to make an informed

FILED JUN 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

judgment on this issue, it is necessary for the Court to review and consider Plaintiff's proposed additions and amendments to the Complaint. Therefore, Plaintiff is ordered to submit a Proposed Amended Complaint to the Court by **Monday, June 18, 2001.**

DATED: June 5, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge