139785

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 002171 RHK/SRN Case Title: Avery v. Hennepin County and State of Minnesota

**Affidavit of Movant**

I, John B. Waldron, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Charles J. Janus an attorney admitted to practice in the federal District of Maryland, but not admitted to the bar of this court, who will be counsel for the (x) plaintiff ( ) defendant ______ in the case listed above. I am aware that the local rules of this Court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 122671 MN Attorney License # — 6/6/02 Date

**Affidavit of Proposed Admittee**

I, Charles J. Janus am currently a member in good standing of the U.S. District Court for the ______ District of Maryland, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Charles J. Janus Type/Print Name — [signature] Signature — May 24, 2002 Date

Attorney License Number: 26295

Law Firm Name & Address: JANUS & RUBARD
6504 Old Branch Ave., #206
Temple Hills, MD 20748

Telephone: ( ) 301/449-5212

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk — JUN 07 2002 Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED JUN 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______