**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

William Avery, sued as
"William K Avery"

Plaintiff,

vs.

CV 00-2171 RHK/SRN

County of Hennepin, sued as
"Hennepin County"
State of Minnesota

Defendant.

**NOTICE OF COURT TRIAL**

A COURT TRIAL is scheduled for Monday, August 5, 2002, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

June 21, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed JUN 21 2002
Richard D. Sletten, Clerk

By:________________