UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

William K. Avery,

Plaintiff, Civil No. 00-2171 (RHK/SRN)

vs. **ORDER**

Hennepin County, et al.,

Defendant.

---

Plaintiff's Motion for Continuance is **GRANTED IN PART** as follows:

1. Trial will begin on Monday, August 12, 2002 at 9:00 a.m. in St. Paul.

2. Trial materials are to be submitted in accordance with the attached Schedule for Submission of Trial Materials.

3. There will be a final pretrial/status conference on Friday, August 2, 2002 at 9:00 a.m. in St. Paul.

Dated: June 26, 2002

RICHARD H. KYLE
United States District Judge

JUN 2 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

William K. Avery,

Plaintiff,

Civil No. 00-2171 (RHK/SRN)

vs.

**SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS**

Hennepin County, et al.,

Defendant.

---

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By July 19, 2002:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By July 26, 2002:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

FILED__________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

By August 1, 2002: Responses to the Written Objections.

Dated: June 26, 2002

RICHARD H. KYLE
United States District Judge