UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

William K. Avery,

Plaintiff,

Civil No. 00-2171 (RHK/SRN)

vs.

**ORDER**

Hennepin County and
State of Minnesota,

Defendants.

---

The above-entitled matter was submitted to this Court on June 27, 2002, upon Defendants' Joint Motion to Amend Pretrial Scheduling Order. Upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. All dispositive motions and supporting memoranda shall be served within 3 days after filing of this Order; and

2. The August 12, 2002 trial date will not be changed.

Dated: July 1, 2002

RICHARD H. KYLE
United States District Judge

JUL 0 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK