UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

William K. Avery,

Plaintiff,

vs.

Hennepin County and
State of Minnesota,

Defendants.

Civil No. 00-2171 (RHK/SRN)

**ORDER**

---

Plaintiff shall respond to Defendant's Joint Motion for Summary Judgment no later than July 22, 2002.

Dated: July 9, 2002

RICHARD H. KYLE
United States District Judge

JUL 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK