UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

William K. Avery,

Plaintiff, Civil No. 00-2171 (RHK/SRN)

vs. **ORDER**

Hennepin County and
State of Minnesota,

Defendants.

---

Defendant shall furnish Plaintiff's counsel and the Court with the Reply Memorandum no later than 12 noon, Wednesday, July 24, 2002.

The Court will hear oral argument on Defendant's Joint Motion for Summary Judgment at 8:30 a.m. Thursday, July 25, 2002 in St. Paul, Minnesota.

Dated: July 19, 2002

RICHARD H. KYLE
United States District Judge

JUL 2 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK