UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

William K. Avery,

Plaintiff,

Civil No. 00-2171 (RHK/SRN)

vs.

**ORDER**

Hennepin County and
State of Minnesota,

Defendants.

---

1. The Court will hear oral argument with respect to Defendant's Motion to Remand and Motion in Opposition to Plaintiff's Expert Report at the Pretrial Status Conference at 9:00 a.m. on Friday, August 2, 2002, in St. Paul. Plaintiff shall serve and furnish to the Court a written response to said Motion by 3:00 p.m., Thursday, August 1, 2002.

2. Plaintiff William K. Avery and a representative of Defendant State of Minnesota shall be present at the August 2 conference.

Dated: July 30, 2002

RICHARD H. KYLE
United States District Judge

JUL 3 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK