UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WILLIAM AVERY, sued as
William K. Avery,

Plaintiff,

vs

CV 00-2171 RHK/SRN

County of Hennepin, sued as
Hennepin County,
State of Minnesota,

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: August 7, 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

AUG 07 2002
FILED
RICHARD D. SLETTEN, CL
JUDGMENT ENTD
DEPUTY CLERK