ORIGINAL

DISTRICT OF MINNESOTA
FOURTH DIVISION

William K. Avery,

Plaintiff,

vs.

Hennepin County and
State of Minnesota,

Defendants.

**ORDER**

Civil Case No. 00-2171 RHK/SRN

IT IS HEREBY ORDERED that the Court shall retain jurisdiction for sixty days from the date of this Order to rule on the pending Motion to Enforce Settlement brought by the State of Minnesota.

Dated: 9/9/02

HONORABLE RICHARD H. KYLE
U.S. District Court Judge

FILED SEP 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______